Eric Raphan
Nancy Pritikin (admission pending)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Tel.:  (212) 653-8700
Fax:  (212) 653-8701
*Attorneys for Defendants*
*Top Line Restaurants, Inc., Top Line Management, LLC and Reveille Management*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

| | | |
|---|---|---|
| JOHN FRISBIE, Individually and on Behalf of All Other Persons Similarly Situated, | : | |
| Plaintiff, | : | Civil Action No. 6:17-cv-06270-FPG |
| -against- | : | |
| TOP LINE RESTAURANTS, INC., TOP LINE MANAGEMENT, LLC, FEAST FOODS, LLC, FEAST AMERICAN DINERS, LLC and REVEILLE MANAGEMENT, | : | **DEFENDANT TOP LINE RESTAURANTS, INC. RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | : | |

-------------------------------------------------------------- x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Top Line Restaurants, Inc. (a private non-governmental party) certifies that it has no parent corporation and that no publicly-held corporation holds 10% or more of its stock.

Dated:  New York, New York          Respectfully submitted,
        June 30, 2017

                                    **SHEPPARD, MULLIN, RICHTER & HAMPTON** LLP


                                    By:  _____ *s/ Eric Raphan* _____
                                            Eric Raphan
                                            Nancy Pritikin (admission pending)

                                            30 Rockefeller Plaza
                                            New York, New York 10112
                                            Telephone:  (212) 653-8700
                                            Facsimile:   (212) 653-8701
                                            npritikin@sheppardmullin.com
                                            eraphan@sheppardmullin.com
                                            *Attorneys for Defendants*
                                            *Top Line Restaurants, Inc., Top Line Management, Inc.*
                                            *and Reveille Management*