Eric Raphan
Nancy Pritikin (admission pending)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 653-8700
Fax: (212) 653-8701
*Attorneys for Defendants*
*Top Line Restaurants, Inc., Top Line Management, LLC and Reveille Management*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
:
JOHN FRISBIE, Individually and on Behalf of All :
Other Persons Similarly Situated, :
:
:
Plaintiff, : Civil Action No. 6:17-cv-06270-FPG
:
:
-against- :
: **DEFENDANT TOP LINE**
TOP LINE RESTAURANTS, INC., TOP LINE : **MANAGEMENT, INC.**
MANAGEMENT, LLC, FEAST FOODS, LLC, : **RULE 7.1 CORPORATE**
FEAST AMERICAN DINERS, LLC and : **DISCLOSURE STATEMENT**
REVEILLE MANAGEMENT, :
:
:
Defendants. :
---------------------------------------------------------------- x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Top Line Management, Inc. (a private non-governmental party) certifies that it has no parent corporation and that no publicly-held corporation holds 10% or more of its stock.

-2-

Dated: New York, New York　　Respectfully submitted,
　　　　June 30, 2017

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: ____*s/ Eric Raphan*_____
　　　Eric Raphan
　　　Nancy Pritkin (admission pending)

30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 653-8700
Facsimile:   (212) 653-8701
npritikin@sheppardmullin.com
eraphan@sheppardmullin.com
*Attorneys for Defendants*
*Top Line Restaurants, Inc., Top Line Management, Inc.*
*and Reveille Management*