Eric Raphan
Nancy Pritikin (admission pending)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 653-8700
Fax: (212) 653-8701
*Attorneys for Defendants*
*Top Line Restaurants, Inc., Top Line Management, LLC and Reveille Management*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
JOHN FRISBIE, Individually and on Behalf of All
Other Persons Similarly Situated,

                Plaintiff,

    -against-

TOP LINE RESTAURANTS, INC., TOP LINE
MANAGEMENT, LLC, FEAST FOODS, LLC,
FEAST AMERICAN DINERS, LLC and
REVEILLE MANAGEMENT,

                Defendants.
---------------------------------------------------------------- x

Civil Action No. 6:17-cv-06270-FPG

**DEFENDANT REVEILLE MANAGEMENT**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Reveille Management (a private non-governmental party) certifies that it has no parent corporation and that no publicly-held corporation holds 10% or more of its stock.

-2-

Dated: New York, New York  
        June 30, 2017

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:       *s/ Eric Raphan*
      Eric Raphan
      Nancy Pritikin (admission pending)

30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
npritikin@sheppardmullin.com
eraphan@sheppardmullin.com
*Attorneys for Defendants*
*Top Line Restaurants, Inc., Top Line Management, Inc.*
*and Reveille Management*