UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| JOHN FRISBIE, Individually and on Behalf of All Other Persons Similarly Situated, | : : : : | |
| Plaintiffs, | : : | Case No. 6:17-cv-06270 |
| v. | : : | |
| TOP LINE RESTAURANT, INC., TOP LINE MANAGEMENT, LLC, FEAST FOODS, LLC, FEAST AMERICAN DINERS, LLC, and REVEILLE MANAGEMENT, LLC, | : : : : : : | |
| Defendants. | : : | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and declaration of Seth R. Lesser with exhibits attached thereto, the undersigned will move this Court, at a date and time designated by the Court, for an Order (1) preliminarily approving the settlements memorialized in the Settlement Agreements with Defendant Feast American Diners, LLC ("Feast") and with Defendants Top Line Restaurant, Inc., Top Line Management LLC, and Reveille Management, LLC ("Top Line") (Top Line and Feast referred to together as "Defendants"), respectively; (2) approving the parties' proposed notices of settlement (Lesser Dec. at Ex. C, D, E) and authorizing the dissemination of notice so that (a) those similarly situated in the *Feast* matter may have the opportunity to join the settlement or voice objection to it and (b) those who have already opted in to the *Top Line* matter can choose whether to remain in the case and participate in the settlement; remain in the case and object to the settlement; or opt-out of the case; (3) setting a date and time for a final fairness hearing that is at least 100 days from the date of entry of an order granting initial approval of the settlement, which the parties can include in the notices; and (4)

1

entering an Order preliminarily approving the settlements (see accompanying Proposed Order). For all the reasons set forth above, the parties respectfully request that the Court grant this Motion by entering the proposed approval order. Plaintiffs' counsel has conferred with counsel for Defendants and they consent to the relief requested.

Dated: February 9, 2021

/s/ *Seth R. Lesser*
Seth R. Lesser
Christopher M. Timmel
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200

Nicholas A. Migliaccio
Jason S. Rathod
MIGLIACCIO & RATHOD LLP
412 H Street NE, Suite 302
Washington, D.C. 20002
Telephone: (202) 470-3520

Drew Legando
Ed Jerse
MERRIMAN, LEGANDO, WILLIAMS & KLANG, LLC
1360 West 9th Street, Suite 200
Cleveland, OH
Telephone: (216) 522-9000

**Attorneys for the Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 9, 2021, the foregoing was electronically filed with the Clerk of this Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ Seth R. Lesser*
Seth R. Lesser