# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN FRISBIE, Individually and on Behalf of All Other Persons Similarly Situated, | Case No. 6:17-cv-06270 |
| Plaintiffs, | |
| v. | |
| TOP LINE RESTAURANT, INC., TOP LINE MANAGEMENT, LLC, FEAST FOODS, LLC, FEAST AMERICAN DINERS, LLC, and REVEILLE MANAGEMENT, LLC, | |
| Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and declaration of Seth R. Lesser with exhibits attached thereto, the undersigned will move this Court, at a date and time designated by the Court, for an Order for Approval of the Top Line Collective Action Settlement memorialized in the Settlement Agreement between Named Plaintiff John Frisbie ("Plaintiff") and the opt-ins and Defendants Top Line Restaurant, Inc., Top Line Management LLC, and Reveille Management, LLC ("Top Line"). The parties respectfully request that the Court grant this Motion by entering the proposed approval order. Plaintiffs' counsel has conferred with counsel for Defendants and they consent to the relief requested.

Dated: June 21, 2021

/s/ Seth R. Lesser
Seth R. Lesser
Christopher M. Timmel
KLAFTER LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200

Nicholas A. Migliaccio
Jason S. Rathod

1

MIGLIACCIO & RATHOD LLP
412 H Street NE, Suite 302
Washington, D.C. 20002
Telephone: (202) 470-3520

Drew Legando
Ed Jerse
MERRIMAN, LEGANDO, WILLIAMS &
KLANG, LLC
1360 West 9th Street, Suite 200
Cleveland, OH
Telephone: (216) 522-9000

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 21, 2021, the foregoing was electronically filed with the Clerk of this Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ Seth R. Lesser*
Seth R. Lesser