UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOHN FRISBIE, et al., On Behalf of Themselves and
All Other Persons Similarly Situated,

                      Plaintiffs,

Case # 17-cv-6270-FPG

v.

DECISION AND ORDER

FEAST AMERICAN DINERS, LLC, et al.,

                      Defendants.

Upon consideration of the Plaintiffs' unopposed motion for approval of the Feast collective action settlement, which settlement is memorialized in the Settlement Agreement between Named Plaintiff John Frisbie ("Plaintiff") and the opt-ins and Defendants, Feast Foods, LLC and Feast American Diners, LLC, ("Feast"), and upon consideration of the supporting exhibits, and following upon a hearing held in Court on September 8, 2021, at which the Court received no objections, and for the reasons stated on the record at that hearing, the motion for final settlement approval, ECF No. 113, is GRANTED. The Court hereby FINDS and ORDERS the following:

1. The Feast Settlement Agreement and Addendum (ECF No. 104-3) is fair and reasonable. It was negotiated and entered into at arm's length and in good faith, within the range of possible judicial approval, and the product of *bona fide* disputes over FLSA liability and therefore approved. The Court hereby directs the consummation of the Settlement Agreement's terms and provisions.

2. The Service Awards of $2,000 each for Named Plaintiff John Frisbie and early Opt-In Rebecca Russell are approved.

3. Class Counsel's request for payment of out-of-pocket costs and expenses in the amount of $7,507.44 is approved. Class Counsel's request for payment of administration costs

in the amount of $7,500 is approved. Class Counsel's request for payment of attorneys' fees in the amount of $40,000 is approved.

4. Plaintiffs hereby release, and are barred and permanently enjoined from prosecuting, commencing or continuing any and all Released Claims as set forth in the Settlement Agreement against Releasees as defined in the Settlement Agreement.

5. The Feast Defendants are hereby terminated from this action and all claims against them are dismissed with prejudice.

6. The Court retains jurisdiction over the claims alleged and the Parties in the Lawsuit to implement and supervise the Parties' Agreement and enforce the terms of this settlement.

IT IS SO ORDERED.

Dated: September 13, 2021
Rochester, New York

_____
HON. FRANK P. GERACI, JR.
United States District Judge
Western District of New York